IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:21-CV-4-FL

| | |
|---|---|
| ARCH INSURANCE COMPANY, AS SUBROGEE OF COX SCHEPP/AP ATLANTIC JV, LLC, COX & SCHEPP, INC., AND AP ATLANTIC, INC. D/B/A ADOLFSON & PETERSON CONSTRUCTION,<br><br>CLAIMANT,<br><br>vs.<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>DEFENDANT, | **ORDER ALLOWING<br>JOINT MOTION TO STAY DEADLINES<br>IN CASE MANAGEMENT ORDER** |

This matter is before the Court on the Parties Joint Motion to Stay the deadlines set forth in the Court's Case Management Order. (DE 38) The Parties have shown good cause and the Motion is GRANTED. Accordingly, the current dispositive deadline of August 30, 2022, shall be sixty days after the Court makes a ruling on DE 34, Defendant's motion for judgment on the pleadings.

SO ORDERED, this the 26th day of August, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge